## *Joyce Leary Clark, PC*

37 Beach Street
PO Box 1190
Saco, ME 04072

Ph:207-282-5966          Fax:207-282-5968

Wendell & Laurie Bickford                              December 14, 2017
35 Goldie Lane
Standish, ME
04084

                                                        File #:      120097
**Attention:**                                          Inv #:       5417

RE:     Bankruptcy - Chapter 13

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-11-12 | Correspondence from Ocwen - debt to income ratio already low; don't qualify for HAMP | 0.10 | 0.00 | JLC |
| Jul-25-12 | Correspondence from Ocwen - owner of loan won't approve loan mod | 0.10 | 0.00 | JLC |
| Aug-08-12 | Meeting with Wendell - had loan mod but now in arrears; bank won't accept payment. Student loans dererred. Laurie going back to work when all kids in high school or older. | 0.20 | 0.00 | JLC |
| Aug-29-12 | Correspondence from Wendell - has all docs ready; can give me 1/2 of money today | 0.10 | 0.00 | JLC |
| Sep-03-12 | Receipt and review of credit counseling certificates | 0.10 | 0.00 | JLC |
| Sep-10-12 | Correspondence to /from Wendell re: dropping off paperwork; rights of car lender, mortgage co prior to automatic stay | 0.10 | 0.00 | JLC |
| Sep-12-12 | Receipt and review of client information worksheet, bills. Preparation of petition, schedules, draft plan | 2.50 | 0.00 | JLC |
| Sep-18-12 | Meeting with clients to review & sign petition & schedules | 1.00 | 0.00 | JLC |
|  | Correspondence from Wendell -behind on car payments. Worried re: repo | 0.20 | 0.00 | JLC |

EXHIBIT C

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-20-12 | Telephone call with Wendell to update bank balances; filed case with court | 0.10 | 0.00 | JLC |
| | For Services Rendered -base Chapter 13 fee to be paid through plan - per retainer agreement covers: analysis of financial situation, rendering advice re: whether to file and what chapter, preparation & filing of petition, schedules, means testing form, plan, attenance at first meeting of creditors, attendance at hearing on confirmation, preparation of MAD and attendance at MAD hearing. | | 1,400.00 | JLC |
| | filing fee - Chapter 13 | | 281.00 | JLC |
| | For Services Rendered - base Chapter 13 fee paid by client | | 1,319.00 | JLC |
| Sep-21-12 | Receipt and review of 341 notice - sent to clients with instructions | 0.10 | 0.00 | JLC |
| Sep-28-12 | Correspondence from Wendell - sending mortgage payment next week. Discussed need to make first plan payment on time | 0.10 | 0.00 | JLC |
| Oct-03-12 | Receipt and review of trustee instructions to clients | 0.10 | 0.00 | JLC |
| Oct-04-12 | Preparation of plan; review with clients for signatures | 0.30 | 0.00 | JLC |
| Oct-05-12 | Correspondence from Wendell re: 2nd job, 401k loan | 0.10 | 0.00 | JLC |
| Oct-15-12 | Correspondence to trustee enc paystubs, tax returns | 0.20 | 0.00 | JLC |
| Oct-17-12 | Correspondence from /to Wendell re: 341 meeting | 0.10 | 0.00 | JLC |
| Oct-22-12 | Meeting with clients. Son totalled Suburban - only had liability insurance. Income withholding order okay. Latest refi 2000. Discussed house value, foreclosure status | 0.30 | 0.00 | JLC |
| | Attendance at court for 341 meeting | 0.30 | 0.00 | JLC |
| Oct-31-12 | Correspondence from Wendell - has foreclosure case been filed? | 0.10 | 0.00 | JLC |

Invoice # 5417 Case 12-21179    Doc 122-3    Filed 12/14/17    Entered 12/14/17 16:45:04    Desc Exhibit December 14, 2017
C - invoice    Page 3 of 12

Page 3

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Nov-27-12 | Preparation of notice of hearing on confirmation; filed with court | 0.50 | 0.00 | JLC |
| | Correspondence from Wendell - got call from company promising to help with mortgage - are they legitimate? | 0.10 | 0.00 | JLC |
| Nov-28-12 | Correspondence to Wendell - recommended using Coastal Enterprises or MMI for loan mod help | 0.10 | 0.00 | JLC |
| | Telephone call with trustee - no payments yet. Emailed Wendell. Mailing payment Friday but wants payroll order | 0.20 | 0.00 | JLC |
| Dec-06-12 | Receipt and review of motion to dismiss. Emails to/from Wendell confirming paid last week. Trustee's office had no record of payroll order request. | 0.20 | 35.00 | JLC |
| Dec-31-12 | Receipt and review of trustee objection to confirmation | 0.10 | 17.50 | JLC |
| Jan-03-13 | Receipt and review of limited objection to confirmation by BONY | 0.10 | 17.50 | JLC |
| Jan-04-13 | Correspondence to Wendell - last payment mid-December - what's going on. | 0.10 | 17.50 | JLC |
| Jan-07-13 | Preparation of and filing of response to motion to dismiss | 0.10 | 17.50 | JLC |
| Jan-15-13 | Correspondence from Will Sandstead -agreeing to continue hearings on confirmation, dismissal to 1/30 | 0.10 | 0.00 | JLC |
| Jan-16-13 | Attendance at court on motion to dismiss, confirmation - agreed to continue | 0.10 | 0.00 | JLC |
| Jan-25-13 | Telephone call with Corey - payroll order finally kicked in and Wendell sent check. Discussed missing payments - need amend plan to address arrears. Also need amend J. Monitor order okay | 0.10 | 0.00 | JLC |
| Feb-01-13 | Telephone call with Wendell - lost second job. Needs to apply for loan mod | 0.10 | 0.00 | JLC |
| Feb-26-13 | Correspondence to trustee with amended FOO on confirmation. Reviewed Will's comments; revised, sent new drafts to trustee & Morley | 0.30 | 0.00 | JLC |

| | | | | |
|---|---|---|---|---|
| | For Services Rendered - filed consent to motion for payroll order | 0.10 | 0.00 | JLC |
| Feb-27-13 | Receipt and review of monitor order | 0.10 | 17.50 | JLC |
| | Correspondence from Wendell - applying for loan mod. Cut backs at clinic - needs help | 0.10 | 0.00 | JLC |
| | Attendance at court on motion to dismiss - amended FOO due 3/6 | 0.10 | 0.00 | JLC |
| Feb-28-13 | Correspondence to Ocwen re: loan mod | 0.10 | 17.50 | JLC |
| | Correspondence from Wendell - just emailed loan mod application | 0.10 | 0.00 | JLC |
| Mar-05-13 | Receipt and review of motion for payroll order | 0.10 | 17.50 | JLC |
| Mar-07-13 | Correspondence from Wendell w Vertafore address - forwarded to trustee | 0.10 | 0.00 | JLC |
| Apr-05-13 | Correspondence from Wendell re: tax refund - needs new leach field. Told him they can keep first $2400 | 0.10 | 0.00 | JLC |
| Jun-23-13 | Correspondence to Wendell - reminder 401k loan ending so payments increasing | 0.10 | 0.00 | JLC |
| Jun-27-13 | Correspondence from Wendell - new job in Portsmouth. Paydates stay same; first paycheck 8/15. Forwarded info to trustee | 0.10 | 0.00 | JLC |
| Jul-05-13 | Correspondence from Wendell - applying for loan mod again - please send facsimile to Ocwen | 0.10 | 0.00 | JLC |
| Jul-08-13 | Correspondence to Ocwen re; loan mod | 0.10 | 17.50 | JLC |
| Jul-09-13 | Receipt and review of order allowing claims & modifying plan | 0.10 | 0.00 | JLC |
| Jul-29-13 | Correspondence from Will Sandstead -ready to consent to MAD; just fix typos | 0.10 | 0.00 | JLC |
| Aug-09-13 | Correspondence to Ocwen re: loan mod | 0.10 | 17.50 | JLC |
| | Correspondence from Wendell - Ocwen didn't get fax | 0.10 | 0.00 | JLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Aug-20-13 | Receipt and review of trustee consent to MAD | 0.10 | 0.00 | JLC |
| Aug-21-13 | Attendance at court for MAD - granted | 0.10 | 0.00 | JLC |
| Aug-22-13 | Receipt and review of MAD order | 0.10 | 0.00 | JLC |
| Sep-09-13 | Correspondence to clients re: MAD order. Reminder I need 2012 taxes. | 0.10 | 0.00 | JLC |
| Sep-18-13 | Correspondence from Wendell enclosing loan mod offer. Sent to trustee for approval | 0.20 | 35.00 | JLC |
| Jan-30-14 | Correspondence from Wendell - just received something in foreclosure case. Requested he send copy. Confirmed entry of appearance by new counsel. Requested signed mod offer | 0.10 | 0.00 | JLC |
| Feb-17-14 | Preparation of motion to approve loan mod; filed with court | 0.30 | 52.50 | JLC |
| | For Services Rendered -research in CCRD re: title to home | 0.20 | 0.00 | JLC |
| | Correspondence to trustee with 2012 taxes. Requested resend - pages out of order. Contacted Wendell | 0.10 | 0.00 | JLC |
| Mar-07-14 | Correspondence from Wendell enc notice of pretrial conference in foreclosure | 0.10 | 0.00 | JLC |
| Mar-14-14 | Telephone call with James Garnet re: pretrial. Told him Ocwen already sent loan mod offer. He will forward to firm's br dept | 0.10 | 0.00 | JLC |
| Jun-24-14 | Correspondence from Wendell - can he roll arrears into plan? Told him recapitalized with loan mod - mortgage should be current. No payroll withholding yet - told him mail check to trustee | 0.10 | 0.00 | JLC |
| Jun-30-14 | Correspondence from Wendell - payroll withholding started today. Two months behind on mortgage. Arranged meeting. Will also bring 2013 taxes | 0.10 | 0.00 | JLC |
| Jul-15-14 | Correspondence from Wendell with new paystub - forwarded to trustee | 0.10 | 0.00 | JLC |
| Sep-22-14 | Correspondence from Wendell re: modifying plan again.   About $9000 in arrears. | 0.10 | 17.50 | JLC |

| Date | Description | Hours | Amount | Staff |
|---|---|---|---|---|
| Oct-04-14 | Correspondence from Wendell re: reinstatement quote - matches what he thought | 0.10 | 17.50 | JLC |
| Dec-08-14 | For Services Rendered -review of filed claims, trustwin records | 0.30 | 0.00 | JLC |
| | Telephone call with Wendell re: amending payments. Discussed mortgage payments - will see if Ocwen will do autopay | 0.20 | 0.00 | JLC |
| | Telephone call with trustee's office re: Ocwen - no POC filed | 0.20 | 0.00 | JLC |
| | Correspondence to /from Wendell - Ocwen never filed POC so not getting paid through plan. Can file POC for them using reinstatement quote | 0.20 | 35.00 | JLC |
| Dec-09-14 | Receipt and review of Ocwen reinstatement quote | 0.10 | 0.00 | JLC |
| | Preparation of motion to amend MAD; filed with court | 0.20 | 35.00 | JLC |
| Jan-14-15 | Receipt and review of trustee consent to motion to amend | 0.10 | 17.50 | JLC |
| | Correspondence from Corey - updating payroll order - payments increasing | 0.10 | 17.50 | JLC |
| Jan-15-15 | Receipt and review of payroll order | 0.10 | 0.00 | JLC |
| Jan-16-15 | Receipt and review of amended MAD order | 0.10 | 17.50 | JLC |
| May-18-15 | Correspondence from Wendell - got Electricity Maine bill. Called Trynor's office | 0.10 | 17.50 | JLC |
| Jul-01-15 | Correspondence from Wendell - starting new job. No gap in pay | 0.10 | 17.50 | JLC |
| Jul-13-15 | Correspondence from Wendell with new payroll info - sent to trustee | 0.10 | 17.50 | JLC |
| Jul-21-15 | Correspondence to /from Wendell re: application of plan payments to Ocwen. | 0.20 | 0.00 | JLC |
| Aug-13-15 | Correspondence to trustee's office following up on updated payroll order | 0.10 | 0.00 | JLC |
| Oct-03-15 | Correspondence from Wendell - applying for | 0.10 | 17.50 | JLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | another loan mod. Facsimile okay to Ocwen please | | | |
| Oct-05-15 | Correspondence to Ocwen consenting to communication | 0.10 | 17.50 | JLC |
| Oct-27-15 | Receipt and review of proposed mod agreement; reviewed with clients | 0.20 | 35.00 | JLC |
| Oct-28-15 | Correspondence from Wendell - new loan mod increases payment $42/month but brings them current. Requested copy | 0.20 | 35.00 | JLC |
| Oct-29-15 | Correspondence from Ocwen re: voluntary claim program re: misdated letters. Sent to clients | 0.10 | 17.50 | JLC |
| Nov-10-15 | Correspondence to trustee with loan mod offer, proposed motion, requesting consent | 0.10 | 17.50 | JLC |
| Nov-12-15 | Preparation of motion to approve loan mod; filed with court | 0.30 | 52.50 | JLC |
| Dec-10-15 | Correspondence to clients re: next week's hearing. No objection filed but still on docket | 0.10 | 17.50 | JLC |
| | Receipt and review of response filed by BONY | 0.10 | 17.50 | JLC |
| | Correspondence to /from clients - has payment been made yet? | 0.10 | 17.50 | JLC |
| Dec-11-15 | Receipt and review of RMA | 0.10 | 17.50 | JLC |
| Dec-15-15 | Correspondence to court filing response to BONY response | 0.10 | 17.50 | JLC |
| Dec-16-15 | Receipt and review of confirmation of payment. Asked clients to forward insurance binder. Told them bank will consent if confirms met all requirements | 0.10 | 17.50 | JLC |
| | Attendance at court for motion to approve loan mod - continued to 1/6 | 0.20 | 35.00 | JLC |
| Dec-21-15 | Correspondence from Ocwen enclosing permanent modification agreement | 0.20 | 35.00 | JLC |
| Dec-30-15 | Correspondence from /to Wendell re; purchasing replacement car | 0.10 | 17.50 | JLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-04-16 | Preparation of motion to approve loan mod; filed with court | 0.30 | 52.50 | JLC |
| | Correspondence to Jennifer Maynard enc permanent loan agreement | 0.10 | 17.50 | JLC |
| Jan-06-16 | Attendance at court for hearing on motion to approve loan mod | 0.20 | 35.00 | JLC |
| Jan-24-16 | Receipt and review of car paperwork | 0.20 | 35.00 | JLC |
| Jan-25-16 | For Services Rendered -review of file; recalculating payment plan | 0.20 | 35.00 | JLC |
| | Correspondence to /from Wendell re requirements for getting motion to borrow approved | 0.10 | 17.50 | JLC |
| Feb-09-16 | Receipt and review of order approving loan mod | 0.10 | 17.50 | JLC |
| Feb-12-16 | Preparation of motion to borrow; filed with court | 0.30 | 52.50 | JLC |
| | Preparation of motion to amend MAD- changes needed b/c of loan mod & car payment | 0.50 | 87.50 | JLC |
| | Preparation of motion for expedited hearing on motion to borrow; filed with court | 0.20 | 35.00 | JLC |
| | Correspondence to trustee enc motion to borrow, requesting consent | 0.10 | 17.50 | JLC |
| Feb-22-16 | Correspondence to Wendell - need info re: Laurie's current pay- sent draft amended I & J | 0.10 | 17.50 | JLC |
| Feb-24-16 | Attendance at court for hearing on motion to borrow, motion to expedite. Revised FOO due | 0.20 | 35.00 | JLC |
| Feb-25-16 | Receipt and review of order approving motion to borrow | 0.10 | 17.50 | JLC |
| Mar-01-16 | Correspondence from Wendell - never received order approving loan mod. Emailed to him | 0.10 | 17.50 | JLC |
| Mar-15-16 | Receipt and review of trustee objection to motion to amend | 0.10 | 17.50 | JLC |
| Mar-18-16 | Correspondence to Wendell & Laurie with updated POC from Ocwen | 0.10 | 17.50 | JLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-21-16 | Correspondence to /from Will Sandstead re: changes to proposed order | 0.10 | 17.50 | JLC |
| Mar-22-16 | Receipt and review of amended MAD order | 0.10 | 17.50 | JLC |
| | Receipt and review of new payroll order | 0.10 | 0.00 | JLC |
| | For Services Rendered -filed amended MAD order | 0.10 | 17.50 | JLC |
| Apr-01-16 | Correspondence from Paula Thomas re: tax arrears to MRS. | 0.20 | 35.00 | JLC |
| May-02-16 | Correspondence from Paula Thomas - Tara spoke with Laurie 4/7 but no promise s Wendell's approval. Needs payment in full | 0.20 | 35.00 | JLC |
| May-19-16 | Correspondence from Paula Thomas - need payment - forwarded email to Wendell. Will PAY asap | 0.10 | 17.50 | JLC |
| Jun-23-16 | Receipt and review of Crosman notice of appearance for MRS | 0.10 | 17.50 | JLC |
| | Correspondence from Paula Thomas - still no money. Forwarded email to clients. Per Wendell - authorized payment by phone. Per Paula - 3 month payment max; needs paystubs | 0.10 | 17.50 | JLC |
| Jun-29-16 | Preparation of and filing of motion to approve loan mod | 0.30 | 52.50 | JLC |
| Jul-31-16 | Receipt and review of trustee consent to loan mod | 0.10 | 17.50 | JLC |
| Sep-06-16 | Correspondence from Paula Thomas - Tara spoke with Wendell. Says he doesn't need to complete personal financial statement. Forwarded statement to Wendell to complete | 0.20 | 35.00 | JLC |
| Sep-16-16 | Correspondence from Wendell re balance owed to MRS | 0.10 | 17.50 | JLC |
| Apr-06-17 | Receipt and review of mortgage payment change - forwarded to clients. Payment changing by a penny | 0.10 | 17.50 | JLC |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| May-09-17 | Correspondence from Ocwen - received loan mod app. Appears to be complete. | 0.10 | 17.50 | JLC |
| May-17-17 | Correspondence from Paula Thomas - clients filed taxes without payment - why? Can they make payment next week? Emailed Wendell requesting copies of returns, requesting he make payment next week | 0.20 | 35.00 | JLC |
| May-18-17 | Correspondence from Lauren Hooks - missing tax returns. Emailed Wendell - will drop off by end of week | 0.20 | 35.00 | JLC |
| May-25-17 | Correspondence to Wendell - missing tax returns | 0.10 | 17.50 | JLC |
| Jun-12-17 | Correspondence from Wendell (email) - did I receive loan mod offer? Ocwen mailed 6/7. Reminded him I still need tax returns! | 0.10 | 17.50 | JLC |
| Jun-14-17 | Receipt and review of loan modification offer from Ocwen - sent to clients with instructions to return signed copy for court approval | 0.20 | 35.00 | JLC |
| Jun-16-17 | Correspondence from clients- signed loan mod agreement. Questioned why modifying again - in arrears. | 0.20 | 35.00 | JLC |
| Jun-30-17 | Preparation of motion to approve loan mod; filed with court. | 0.30 | 52.50 | JLC |
| | Preparation of amended notice of hearing on motion | 0.10 | 0.00 | JLC |
| Jul-06-17 | Receipt and review of four years of tax returns; redacted & sent to trustee | 0.30 | 52.50 | JLC |
| Jul-31-17 | Receipt and review of trustee consent to motion to approve loan modification | 0.10 | 17.50 | JLC |
| | Correspondence from Wendell re: what's left to do to finish case? | 0.10 | 17.50 | JLC |
| Aug-01-17 | Receipt and review of trustee consent to loan mod | 0.10 | 17.50 | JLC |
| Aug-07-17 | Receipt and review of order approving second loan modification | 0.10 | 17.50 | JLC |
| Aug-09-17 | Correspondence to clients reminding them to complete debtor education class | 0.10 | 17.50 | JLC |

| Nov-20-17 | Correspondence from Wendell re: potential class action v. Ocwen. Recommended submitting claim | 0.10 | 17.50 | JLC |
|---|---|---|---|---|
| | Totals | 23.80 | $5,117.50 | |
| | **Total Fee & Disbursements** | | **$5,117.50** | |

TAX ID Number    47-2493550

*WE ACCEPT MASTERCARD, VISA, AND AMEX.*
You can also pay online at
*www.southernmainelaw.com*

Invoice #:    5417        Page 12                            December 14, 2017

| Date | Description | Amount |
|---|---|---|
| Aug-20-12 | Wendell & Laurie Bickford – retainer | 1,600.00 |
| Sep-20-12 | U.S. Bankruptcy Court – filing fee | (281.00) |
| Sep-20-12 | Scarborough Legal Center – legal fee | (1,319.00) |
| Apr-12-13 | Chapter 13 trustee | (104.99) |
| May-29-13 | Chapter 13 trustee | (226.58) |
| Jul-19-13 | Chapter 13 trustee | (53.34) |
| Aug-15-13 | Chapter 13 trustee | (100.34) |
| Sep-20-13 | Chapter 13 trustee | (68.53) |
| Oct-22-13 | Chapter 13 trustee | (242.69) |
| Dec-17-13 | Chapter 13 trustee | (242.69) |
| Jan-24-14 | Chapter 13 trustee | (77.44) |
| Feb-18-14 | Chapter 13 trustee | (77.44) |
| Mar-26-14 | Chapter 13 trustee | (205.96) |
| | Total paid | $3,000.00 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$5,117.50** |
| **Minus total paid** | **3,000.00** |
| **Balance Now Due** | **$2,117.50** |